IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BROCK FREDIN,

                Plaintiff,

v.

ADAM KLASFELD, JAF COMMUNICATIONS INC.,
doing business as "THE MESSENGER,"
ALLISON GREENFIELD, and FRANK RUNYEON,

                Defendants.

ORDER

24-cv-45-jdp

---

Plaintiff Brock Fredin has filed a notice of appeal from my order dismissing his complaint for failure to state defamation or other related state-law claims against defendants and from my order denying Fredin's motion for reconsideration of my decision withholding the issuance of summonses until he properly states a claim for relief. Dkt. 48.

I previously noted that Fredin incorrectly considered his appeal to be one from a final order because I gave him a chance to amend his complaint. Dkt 51. I declined to certify that Fredin could take an interlocutory appeal and gave him a final chance to submit an amended complaint. *Id.* I stated that I would consider Fredin's motion for leave to proceed without prepayment of the entire appellate filing fee, Dkt. 50, after Fredin made clear whether he would file an amended complaint. Dkt. 51.

Fredin has not filed an amended complaint by the deadline I gave him, so I will now dismiss the case in full for his failure to properly state any claims for relief. *See Paul v. Marberry*, 658 F.3d 702, 704–06 (7th Cir. 2011) (courts may dismiss case when plaintiff fails to correct pleading defects).

That leaves Fredin's motion for leave to proceed in forma pauperis on appeal. I will grant that motion. Fredin qualifies for this status from a financial standpoint, and I decline to certify that the appeal "is not taken in good faith." 28 U.S.C. § 1915(a)(3). He may proceed with his appeal without any prepayment of the filing fee.

ORDER

IT IS ORDERED that:

1. This case is DISMISSED.
2. Plaintiff's motion to proceed in forma pauperis on appeal, Dkt. 50, is GRANTED.
3. The clerk of court is directed to enter judgment accordingly and close the case.

Entered September 4, 2025.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge