IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

BROCK FREDIN,

    Plaintiff,

v.

                                  Case No. 24-cv-45-jdp

ADAM KLASFELD,
JAF COMMUNICATIONS INC.,
d/b/a "THE MESSENGER,"
ALLISON GREENFIELD,
and FRANK RUNYEON,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants against plaintiff Brock Fredin dismissing the case.

s/ Deputy Clerk  
Joel Turner, Clerk of Court

9/04/2025  
Date